IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAIENSVILLE DIVISION

**CLIFFORD E. McCOY,**

    **Plaintiff,**

v.                                      **Case No. 1:14cv115-MW/GRJ**

**LINDA YOUNG, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No.4.  Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED** because it fails to state a claim, is frivolous, and because Plaintiff seeks relief against a defendant who is immune from suit."  The Clerk shall terminate all pending

motions and close the file.

**SO ORDERED on November 21, 2014.**

                                                <u>s/Mark E. Walker</u>
                                                **United States District Judge**